DOUGLAS A. WICKHAM, Bar No. 127268
LAUREN T. HOWARD, Bar No. 227984
MATTHEW J. SHARBAUGH, Bar No. 260830
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, Fifth Floor
Los Angeles, California  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
E-mail:       dwickham@littler.com
                   lhoward@littler.com

Attorneys for Defendant
RAYTHEON COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EUGENE KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, Space and Airborne Systems, a business, form unknown; AND DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV08-6461 DMG (CWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DOLLY M. GEE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**JS-6**<br><br>**[FED. R. CIV. PROC. 41(a)]**<br><br>Trial Date:          April 27, 2010<br>Complaint Filed:  August 20, 2008 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EUGENE KLEIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, Space and Airborne Systems, a business, form unknown; AND DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.  CV08-6461 DMG (CWx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DOLLY M. GEE<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. PROC. 41(a)]**<br><br>Trial Date:　　April 27, 2010<br>Complaint Filed:　August 20, 2008 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

**GOOD CAUSE APPEARING THEREFOR:**

After reviewing the Parties' Stipulation Re Order Dismissing Lawsuit With Prejudice, IT IS HEREBY ORDERED, ADJUDGE AND DECREED THAT this action and each claim for relief therein is hereby dismissed with prejudice. Each party is to bears his or its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**IT SO ORDERED.**

Dated:  June 7, 2010

_____
DOLLY M. GEE
U.S. DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.